UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE WOODS

- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :        SEALED ORDER
    - v. -                       :
                                 :        22 Cr. 398 (___)
AMIT BHARDWAJ,                   :
SRINIVASA KAKKERA, and           :
ABBAS SAEEDI,                    :
                                 :
           Defendants.           :
                                 :
- - - - - - - - - - - - - - - - x


     Upon the application of the United States, by the United

States Attorney for the Southern District of New York, Damian

Williams, by Assistant United States Attorneys Richard Cooper and

Noah Solowiejczyk;

     It is found that the Indictment in the above-captioned action,

22 Cr. 398, is currently sealed and the United States Attorney's

Office has applied to have that Indictment unsealed on **July 25,**
**2022 at 9:30 a.m.,** it is therefore

     ORDERED that the Indictment, 22 Cr. 398, in the above-

captioned action be unsealed on **July 25, 2022 at 9:30 a.m.,** and,

upon unsealing, shall remain unsealed pending further order of the

Court.

IT IS FURTHER ORDERED that the above-captioned Indictment be assigned to a District Court Judge upon its unsealing.

Dated:  New York, New York
        July 22, 2022

THE HONORABLE ANA T. WANG
UNITED STATES MAGISTRATE JUDGE