# MEMORANDUM ENDORSED

August 25, 2022

**Via CM/ECF and EMAIL**
Hon. Gregory H. Woods
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St., Courtroom 12C
New York, NY 10007-1312
Tel.: (212) 805-0296
Email: WoodsNYSDChambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2022
```

    Re:  *United States v. Bhardwaj*, No. 1:22-cr-00398-GHW
         Defendants' Unopposed Request for Second Extension of Time
         to Meet Bail Conditions

Dear Judge Woods:

    We write on behalf of all Defendants in the above-captioned matter to request a second reasonable extension to September 9, 2022, for our clients to satisfy the remaining bail conditions imposed by the Court during our clients' arraignment on August 2, 2022. We have conferred with the government, which consents to the requested extension.

    On August 2, our clients appeared telephonically for their arraignment before the Honorable Katharine H. Parker. Judge Parker set bail conditions for each Defendant and released each on his own signature with remaining bail conditions for Defendant Abbas Saeedi to be met within 10 days [ECF No. 11], for Defendant Srinivasa Kakkera to be met within 10 days [ECF No. 19], and for Defendant Amit Bhardwaj to be met within 14 days [ECF No. 15]. On August 12, all Defendants requested that the Court grant an extension until August 26 (tomorrow) for Defendants to satisfy the remaining bail conditions [ECF No. 29], which request the Court granted [ECF No. 30].

    Since August 12, counsel for Defendants have continued to work diligently with the government to satisfy the remaining bail conditions, including conferring in person following the Court's August 17 status conference as well as over telephone and email. Despite such efforts, Defendants respectfully request another modest extension of time to ensure compliance, in particular so that financially independent cosigners for Defendants can be approved by the government and Defendants can complete the proper steps to secure their bonds with cash or property.

  Accordingly, Defendants respectfully request an extension of time to September 9, 2022, to satisfy the Court's remaining bail conditions.

            Respectfully submitted,

             /s/ Max C. Nicholas
            Max C. Nicholas
            Spears & Imes LLP
            51 Madison Avenue
            New York, NY 10010
            Tel.: 212-213-1715
            Email: mnicholas@spearsimes.com

            *Counsel for Defendant Amit Bhardwaj*

             /s/ Adam C. Ford
            Adam C. Ford
            Ford O'Brien Landy LLP
            275 Madison Avenue, 24th Floor
            New York, NY 10016
            Tel.: 212-858-0040
            Email: aford@fordobrien.com

            *Counsel for Defendant Srinivasa Kakkera*

             /s/ Nelson A. Boxer
            Nelson A. Boxer
            Petrillo Klein & Boxer LLP
            655 Third Ave, 22nd Floor
            New York, NY 10017
            Tel.: 212-370-0338
            Email: nboxer@pkbllp.com

            *Counsel for Defendant Abbas Saeedi*

Application granted. The time for the defendants to meet the remaining conditions of their pre-trial release is extended to September 9, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 35.

SO ORDERED.

Dated: August 26, 2022
New York, New York

            _____
            GREGORY H. WOODS
            United States District Judge