

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 9, 2022

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  *United States v. Amit Bhardwaj, et al.*, 22 Cr. 398 (GHW)

Dear Judge Woods:

      The Government writes respectfully to request that the Court enter the attached Protective Order in the above-captioned case, which has been revised pursuant to the direction of the Court at the last pretrial conference, and which has been agreed upon by the parties.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:     /s_____
      Richard Cooper
      Noah Solowiejczyk
      Assistant United States Attorneys

cc:     Defense counsel (by ECF)