```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                                            :
                           -v-                              :    1:22-cr-398-GHW
                                                            :
    AMIT BHARDWAJ,                                          :         ORDER
    SRINIVASA KAKKERA, and                                  :
    ABBAS SAEEDI,                                           :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2023

GREGORY H. WOODS, United States District Judge:

Upon the application of the parties, defendants AMIT BHARDWAJ, SRINIVASA KAKKERA, and ABBAS SAEEDI, by and through their respective attorneys, MAX C. NICHOLAS, ELISHA J. KOBRE, and NICK OBERHEIDEN, and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, NOAH D. SOLOWIEJCZYK and RICHARD A. COOPER, Assistant United States Attorneys, of counsel, it is hereby ORDERED that the status conference scheduled in this matter for January 18, 2023 is adjourned to April 3, 2023 at 9:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the defendants and their attorneys to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through April 3, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 51.

SO ORDERED.

Dated: January 4, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge