```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  UNITED STATES OF AMERICA,                                   :
                                                              :
                                                              :
                         -v-                                  :
                                                              :
                                                              :
  AMIT BHARDWAJ,                                              :
  SRINIVASA KAKKERA, and                                      :
  ABBAS SAEEDI,                                               :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/2023

1:22-cr-398-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The status conference scheduled in this matter for April 3, 2023 will instead take place on March 30, 2023 at 9:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: January 13, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge