```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                      -v-                                    :
                                                             :
                                                             :
    AMIT BHAWDWAJ,                                           :
                                                             :
                                         Defendant.          :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2023

1:22-cr-398-GHW-1

ORDER

GREGORY H. WOODS, United States District Judge:

A conference with respect to defendant Amit Bhardwaj is scheduled for March 22, 2023, at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: March 20, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge