```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
   UNITED STATES OF AMERICA,                                :
                                                            :
                                                            :
                -v-                                         :
                                                            :      1:22-cr-398-GHW-1
                                                            :
                                                            :
   AMIT BHAWDWAJ,                                           :         ORDER
                                                            :
                                      Defendant.            :
----------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 11/13/2023 |

GREGORY H. WOODS, United States District Judge:

The sentencing hearing with respect to defendant Amit Bhardwaj scheduled for November 28, 2023, is adjourned to December 7, 2023, at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The defendant's sentencing submissions are due no later than November 24, 2023; the Government's sentencing submissions are due no later than November 30, 2023.

SO ORDERED.

Dated: November 13, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge