UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                   :
:
:
-v-                                         :
:     1:22-cr-398-GHW-1
:
AMIT BHAWDWAJ,                              :     ORDER
:
Defendant.    :
---------------------------------------------------------------- X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 11/20/2023 |

GREGORY H. WOODS, United States District Judge:

The sentencing hearing with respect to defendant Amit Bhardwaj scheduled for December 7, 2023, is adjourned to December 8, 2023, at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The defendant's sentencing submissions are due no later than November 24, 2023; the Government's sentencing submissions are due no later than December 1, 2023.

SO ORDERED.

Dated: November 20, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge