

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

# MEMORANDUM ENDORSED

January 23, 2024

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/25/2024
```

<u>**United States v. Amit Bhardwaj, 22 Cr. 398 (GHW)**</u>

Dear Judge Woods:

  I respectfully write on behalf of defendant Amit Bhardwaj, and with the consent of the Government, to request a 60-day adjournment of his surrender date to allow additional time for the Bureau of Prisons to designate Mr. Bhardwaj to a correctional facility to serve his sentence.

  On December 8, 2023, the Court imposed sentence on Mr. Bhardwaj following his conviction for 13 counts of securities fraud. As relevant here, the Court imposed a term of imprisonment of 24 months, with a surrender date of January 31, 2024. The Court's determination of a surrender date was consistent with the request of undersigned counsel, as I believed that a surrender date in late January would provide enough time for the Bureau of Prisons to designate Mr. Bhardwaj to a correctional facility to serve his sentence. However, the Bureau of Prisons has not yet designated Mr. Bhardwaj as of the date of this letter.

  In order to ensure that the Bureau of Prisons has sufficient time to designate Mr. Bhardwaj before he reports to serve his sentence, I respectfully ask that the Court extend his surrender date for approximately 60 days. Mr. Bhardwaj's family lives in Northern California, and we have requested that he be designated to a facility as close as possible to that part of the country consistent with his security designation, which I anticipate is likely to be minimum security. I believe that an adjournment of the surrender date is necessary in order for Mr. Bhardwaj to be able to



begin serving his sentence at a facility that is close to his family for visitation purposes and that is consistent with his security designation.

Thank you for considering this request.

Application granted in part.  The surrender date for Mr. Bhardwaj is extended to February 21, 2024, to allow additional time for the Bureau of Prisons to designate Mr. Bhardwaj to a correctional facility to serve his sentence.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 132.

SO ORDERED.

Dated:  January 25, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Respectfully submitted,

/s/ *Max Nicholas*

_____
Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com