

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

# MEMORANDUM ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2024
```

February 16, 2024

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>**United States v. Amit Bhardwaj, 22 Cr. 398 (GHW)**</u>

Dear Judge Woods:

  I respectfully write on behalf of defendant Amit Bhardwaj to request a 30-day adjournment of his current surrender date in the above-captioned case, which is February 21, 2024.  The Bureau of Prisons has not yet designated Mr. Bhardwaj to a correctional facility to serve his sentence, and the purpose of this request is to provide them with additional time to do so.  I believe that an adjournment of the surrender date is necessary in order for Mr. Bhardwaj to be able to begin serving his sentence at a facility that his close to his wife and children (in or around Northern California) for visitation purposes and that is consistent with his security designation, which I anticipate will be minimum security.

  Thank you for considering this request.  In the event that the Court grants this adjournment, Mr. Bhardwaj also respectfully makes the separate request that he be permitted to visit his ailing father in India prior to his surrender.  Mr. Bhardwaj's father is in extremely poor health, and Mr. Bhardwaj is concerned that this will be the only opportunity he has to see him.



      I reached out to the Government about each of the requests described above on February 14, but I have not yet received their response. In light of the rapidly approaching surrender date, I thought it important to file these requests this morning.

      Respectfully submitted,

      /s/ *Max Nicholas*

      _____

      Max Nicholas LLC
      40 Exchange Place
      Suite 1800
      New York, NY 10005
      646-741-0229
      max@maxnicholasllc.com

Application granted in part and denied in part. The surrender date for Mr. Bhardwaj is extended to March 22, 2024. He must surrender himself on that date. Mr. Bhardwaj's application for a modification of his release conditions to permit him to travel outside of the United States is denied.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 136.

SO ORDERED.

Dated: February 16, 2024　　　　　　　　_____
New York, New York　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　United States District Judge