

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/14/2024___

# MEMORANDUM ENDORSED

March 13, 2024

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

### United States v. Amit Bhardwaj, 22 Cr. 398 (GHW)

Dear Judge Woods:

      I respectfully write on behalf of defendant Amit Bhardwaj in advance of his surrender date of March 22, 2024 to serve his sentence of imprisonment in the above-captioned case.  To the best of my understanding, notwithstanding the passage of time since he was sentenced on December 8, 2023, the Bureau of Prisons has still not designated Mr. Bhardwaj to a facility, nor have they contacted Mr. Bhardwaj.

      I respectfully ask that the Court allow Mr. Bhardwaj to surrender on March 22 to the office of the United States Marshal for the Northern District of California, which is the district of his residence, rather than the United States Marshal for the Southern District of New York.  I make this request for two reasons: first, to increase the likelihood that if he begins serving his sentence at a jail that is not his ultimate designated facility, it is a jail that is located close to his family so that they can visit him during that period of time. The second reason is simply to spare Mr. Bhardwaj the extra trip from California to New York in order to surrender.

      I thank the Court for its consideration of this request.

Application granted.  Mr. Bhardwaj  shall surrender  to the custody of
the United States Marshal for the Northern District of California on
March 22, 2024 at 12:00 p.m. if the Bureau of Prisons has not
designated a facility for him before that date.

The Clerk of Court is directed to terminate the motion pending at
Dkt. No. 141.

SO ORDERED.

Dated:  March 14, 2024
New York, New York

Respectfully submitted,

/s/ *Max Nicholas*
_____
Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com

_____
GREGORY H. WOODS
United States District Judge