

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

# MEMORANDUM ENDORSED

June 13, 2024

**BY ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/14/2024
```

<u>**United States v. Amit Bhardwaj, 22 Cr. 398 (GHW)**</u>

Dear Judge Woods:

     I respectfully write to request that the Court so-order this letter-motion directing the Pretrial Services Office for the Southern District of New York to return defendant Amit Bhardwaj's passport to him through undersigned counsel. I can go to that Office in person and retrieve it during normal business hours. I have conferred with the Government about this request, and they consent to my retrieving Mr. Bhardwaj's passport now that he has surrendered. Mr. Bhardwaj has begun his sentence of incarceration and there is no longer any reason for his passport to be confiscated.

     It is my understanding that the Pretrial Services Office requires a Court Order before returning the passport to me.

     I thank the Court for its consideration of this request.

Application granted. Pretrial Services may return Mr. Bhardwaj's passport to Mr. Nicholas.

The Clerk of Court is directed to terminate the pending motion at Dkt. No. 152.

SO ORDERED.
Dated: June 14, 2024

_____
GREGORY H. WOODS
United States District Judge

Respectfully submitted,

/s/ *Max Nicholas*
_____
Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com